D. Victoria Baranetsky SBN #311892
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AURA BOGADO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY,<br><br>Defendant. | CASE NO. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY THE CENTER FOR INVESTIGATIVE REPORTING** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that since the date of the filed complaint, other than the named parties, there is no such interest to report.

DATED: January 27, 2020      By: _____

D. Victoria Baranetsky SBN #311892
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs