DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AURA BOGADO,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | NO. 20-CV-00608-SK<br><br>**INTERIM JOINT STATUS REPORT** |

     Pursuant to the parties' stipulation (ECF No. 17) and this Court's Order (ECF No. 18), plaintiffs The Center for Investigative Reporting and Aura Bogado ("Plaintiffs") and defendant United States Department of Health and Human Services ("Defendant"), by and through their undersigned counsel, hereby submit this interim joint status report.

     At the time of the parties' stipulation, the parties reported that they were engaged in cooperative and productive communications regarding the documents sought in Plaintiffs' five FOIA requests that are the subject of this litigation, and the search for and release of responsive records. *See* ECF No. 17. The parties also noted that Defendant had completed searches for certain subparts of Plaintiffs' requests and intended to produce responsive documents by May 22, 2020. *Id.*

The parties now report that Defendant timely produced those responsive documents and the parties have continued to make significant progress toward resolving the remainder of Plaintiffs' requests. As previously stipulated by the parties and ordered by the Court, ECF Nos. 17-18, the parties will provide the Court with another joint status report by July 17, 2020, and will at that time either request a further continuance of the CMC or, if the need arises, request to appear at the CMC. As they noted previously, the parties respectfully submit that this is the most efficient manner to proceed and will conserve the parties' and Court's resources.

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED: May 22, 2020                  Respectfully submitted,

                                     DAVID L. ANDERSON
                                     United States Attorney

                                     */s/ Savith Iyengar*
                                     SAVITH IYENGAR
                                     Assistant United States Attorney

                                     Attorneys for Federal Defendant

DATED: May 22, 2020                  THE CENTER FOR INVESTIGATIVE
                                     REPORTING

                                     *D. Victoria Baranetsky*
                                     D. VICTORIA BARANETSKY

                                     Attorneys for Plaintiffs