1 STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
2 SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6748
savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AURA BOGADO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | No. 20-cv-00608-SK <br><br> **JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |

In their joint case management conference ("CMC") statement dated June 14, 2021, ECF No. 45, and during their initial CMC on June 21, 2021, plaintiffs The Center for Investigative Reporting and Aura Bogado ("Plaintiffs") and defendant United States Department of Health and Human Services ("Defendant") reported that they continued to work towards a resolution of this action, and that if they were unable to reach a resolution, they would respectfully request that the Court refer the case to a magistrate judge to conduct a settlement conference. ECF No. 47. Accordingly, following the parties' initial CMC, the Court set a further CMC for July 19, 2021 at 1:30 p.m. and required the parties to provide a further joint case management statement by July 12, 2021. *Id.* The parties now respectfully submit this joint CMC statement.

The parties have reached an agreement that will resolve this action. Pursuant to the parties'

agreement, Defendant agreed to (i) complete the production of all rows of a transfer request spreadsheet by July 2, 2021; (ii) add year of birth information to this spreadsheet, as well as three additional transfer spreadsheets previously produced, by July 7, 2021; and (iii) produce 660 agreed-upon significant incident reports ("SIRs") to Plaintiffs, in spreadsheet form and with year of birth information included, at a rate of 125 SIRs per month, with the first production on July 30, 2021 and monthly productions thereafter until complete. Plaintiffs agreed to waive all attorneys' fees and costs.

Defendant timely satisfied parts (i) and (ii) of the parties' agreement, and is now in the process of reviewing and producing SIRs to Plaintiffs at the agreed-upon rate. In order for the parties to continue this process, the parties stipulate and respectfully request that the Court continue the CMC by approximately four (4) months, from July 19, 2021 at 1:30 p.m. until November 22, 2021 at 1:30 p.m., with the parties' joint CMC statement due on November 15, 2021. The parties will update the Court regarding their progress in either their joint CMC statement or a further request and proposed order continuing the CMC. The parties respectfully submit that this is the most efficient manner to proceed and will conserve the parties' and Court's resources.

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Respectfully submitted,

DATED: July 12, 2021
STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

DATED: July 12, 2021
THE CENTER FOR INVESTIGATIVE REPORTING

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

Attorney for Plaintiffs

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
3:20-CV-00608-SK

# [PROPOSED] ORDER

Upon the parties' request, the Court HEREBY CONTINUES the case management conference from July 19, 2021 at 1:30 p.m. until November 22, 2021 at 1:30 p.m. The parties shall file a joint case management statement by no later than November 15, 2021.

**IT IS SO ORDERED.**

Dated:

SALLIE KIM
United States Magistrate Judge