STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AURA BOGADO,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | No. 20-cv-00608-SK<br><br>**STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ORDER** |

Plaintiffs The Center for Investigative Reporting and Aura Bogado ("Plaintiffs") and defendant United States Department of Health and Human Services ("Defendant"), through their undersigned counsel, hereby stipulate pursuant to Civil Local Rule 6-2 and 7-12, subject to the approval of the Court, that the initial case management conference ("CMC") set for February 14, 2022 at 1:30 p.m. be continued to March 14, 2022 at 1:30 p.m., with the parties' joint CMC statement due on March 7, 2022. This stipulation is based on the following facts:

    1.    This action, filed on January 27, 2020 under the Freedom of Information Act ("FOIA"), identifies five FOIA requests directed to Defendant, dated July 10, 2019, November 27, 2019, December 2, 2019, December 6, 2019, and December 17, 2019, that are the subject of this litigation. Since the filing of the lawsuit, the parties have engaged in cooperative and productive communications regarding

1  the documents sought in the requests and the search for and release of responsive records.

2      2.    In their prior submissions to the Court, the parties reported that they had reached an
3  agreement that would resolve this action and were completing the final part of that agreement, *i.e.*,
4  Defendant's review and production of significant incident reports to Plaintiffs at an agreed-upon rate.
5  ECF No. 48 at 2.  Accordingly, on December 13, 2021, the parties stipulated and respectfully requested
6  that the Court continue their CMC from December 20, 2021 to give them time to continue this process,
7  ECF No. 53, which the Court granted, continuing the parties' CMC until February 14, 2022, with the
8  parties' CMC statement due by February 7, 2022.  ECF Nos. 54, 55.

9      3.    On December 21, 2021, Defendant completed its production of significant incident
10 reports to Plaintiffs, and the parties have been meeting and conferring regarding whether further action
11 is needed before they may resolve this action.  In order to continue this process, the parties stipulate and
12 respectfully request that the Court continue the CMC currently scheduled for February 14, 2022 at 1:30
13 p.m. until March 14, 2022 at 1:30 p.m.  The parties will provide a further update to the Court regarding
14 their progress in either a request and proposed order continuing the CMC or a joint CMC statement on
15 or before March 7, 2022.  The parties respectfully submit that this is the most efficient manner to
16 proceed and will conserve the parties' and Court's resources.

17     In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all
18 signatories listed below concur in the filing of this document.

Respectfully submitted,

DATED: February 7, 2022    STEPHANIE M. HINDS
United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

DATED: February 7, 2022    THE CENTER FOR INVESTIGATIVE REPORTING

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

Attorney for Plaintiffs

STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ORDER
3:20-CV-00608-SK

**ORDER**

Upon the parties' request, the Court HEREBY CONTINUES the case management conference from February 14, 2022 at 1:30 p.m. until March 14, 2022 at 1:30 p.m. The parties shall file a joint case management statement by no later than March 7, 2022.

**IT IS SO ORDERED.**

Dated: February 7, 2022

SALLIE KIM
United States Magistrate Judge