STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AURA BOGADO,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | No. 20-cv-00608-SK<br><br>**STIPULATION OF DISMISSAL** |

    Plaintiffs The Center for Investigative Reporting and Aura Bogado ("Plaintiffs") and defendant United States Department of Health and Human Services ("Defendant") hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

///

///

STIPULATION OF DISMISSAL
3:20-CV-00608-SK

1                IT IS SO STIPULATED.

                                                      Respectfully submitted,

DATED: April 8, 2022        STEPHANIE M. HINDS
                                       United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

DATED: April 8, 2022        THE CENTER FOR INVESTIGATIVE REPORTING

**/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

Attorney for Plaintiffs

** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document has obtained approval from these signatories.

STIPULATION OF DISMISSAL
3:20-CV-00608-SK